# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CRAIG HOWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL NO. 08-cv-131-WDS |
| ) | |
| ROGER E. WALKER, JR., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

**STIEHL, District Judge:**

Plaintiff, a prisoner proceeding *pro se*, has filed an Application to Proceed In Forma Pauperis pursuant to 28 U.S.C. § 1915 together with a civil action pursuant to 42 U.S.C. § 1983. However, Plaintiff has not submitted a certified copy of his prison trust fund account statement for the six-month period immediately preceding the filing of the complaint, nor has he filed an affidavit that includes a statement of his assets as required by § 1915(a)(1). He states, however, that his custodian refuses to provide him with an account statement, and he asks the Court to direct this custodian to provide him with that documentation (Doc. 4).

**IT IS HEREBY ORDERED** that Plaintiff shall submit, within **THIRTY (30) DAYS** of the date of the entry of this order, a certified copy of his prison trust fund account statement for the six-month period immediately preceding the filing of the complaint *and* an affidavit that includes a statement of his assets.

**IT IS FURTHER ORDERED** that upon conclusion of this thirty-day period, should Plaintiff fail to comply with this order, this case will be closed for failure to comply with an order

of this Court. FED.R.CIV.P. 41(b); *see generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997)*; Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994).

The Clerk is **DIRECTED** send to Plaintiff two copies of this District's *in forma pauperis* motion form to assist him in providing that affidavit.

The Clerk is **FURTHER DIRECTED** to send a copy of this order to the warden at the Lawrence Correctional Center so that Plaintiff is able to obtain a copy of his account statement as required by this order and by federal statute.

**IT IS SO ORDERED.**

**DATED: May 12, 2008.**

                                **s/ WILLIAM D. STIEHL**
                                    **DISTRICT JUDGE**